# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | : | Case No. 15-11323 (KJC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No. 17-50024 (KJC) |
| | : | |
| Citadel Energy Partners, LLC, et al., | : | |
| | : | |
| Defendants. | : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 17-50650 (KJC) |
| | : | |
| Jonathon P. Reuben, C.P.A., a California accountancy corporation, | : | **Re:  D.I. ___** |
| | : | |
| Defendant. | : | |

**ORDER GRANTING MOTION OF GAVIN/SOLMONESE LLC, LIQUIDATION TRUSTEE, FOR ENTRY OF AN ORDER (I) COMPELLING JONATHON P. REUBEN, C.P.A. TO SERVE VERIFIED, WRITTEN ANSWERS TO INTERROGATORIES AND WRITTEN RESPONSES TO REQUESTS FOR PRODUCTION, AND TO PRODUCE DOCUMENTS, (II) DEEMING REQUESTS FOR ADMISSION ADMITTED, AND (III) COMPELLING JONATHON P. REUBEN, C.P.A. TO PAY LIQUIDATION TRUSTEE'S REASONABLE ATTORNEYS' FEES AND COSTS**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520).  The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

64264449.v5-9/21/18

Upon consideration of the Motion of Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et al.</u>, for Entry of an Order (I) Compelling Jonathon P. Reuben, C.P.A. to Serve Verified, Written Answers to Interrogatories and Written Responses to Requests for Production, and to Produce Documents, (II) Deeming Requests for Admission Admitted, and (III) Compelling Jonathon P. Reuben, C.P.A. to Pay Liquidation Trustee's Reasonable Attorneys' Fees and Costs, (the "<u>Motion</u>"), and any response thereto, it is hereby ordered:

1.  The Motion is granted as set forth herein.

2.  Defendant[2] must serve complete, verified written answers to the Interrogatories and complete written responses to Requests for Production, both without objections, within seven (7) days of the date of this Order. Defendant must also produce documents responsive to the Discovery Requests within seven (7) days of the date of this Order. In the event Defendant fails to do so, Defendant is prohibited from pursuing any affirmative defense asserted or to be asserted by it to the Amended Complaint or the Complaint.

3.  Under Rule 36(a)(3) of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceedings by Rule 7036 of the Federal Rules of Bankruptcy Procedure, the Requests for Admission are deemed admitted.

4.  Under Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceedings by Rule 7037 of the Federal Rules of Bankruptcy Procedure, Defendant shall reimburse Plaintiff's counsel for the fees and costs incurred in presenting the Motion in the amount of $_____ .

Dated: _____ , 2018

                                                 _____
                                                 The Honorable Kevin J. Carey
                                                 United States Bankruptcy Judge

---

[2] Capitalized terms used herein are used as defined in the Motion.

64264449.v5-9/21/18