# **EXHIBIT C**

**Darby, Johnna M.**

| | |
|---|---|
| **From:** | Darby, Johnna M. |
| **Sent:** | Monday, September 3, 2018 9:31 AM |
| **To:** | 'McGivney, Peter C' |
| **Cc:** | Horan, Thomas M. |
| **Subject:** | RE: [EXT] Citadel/Reuben:  Discovery Responses |

Peter:

We have not received a response to the email below.  Please respond to the email below by COB September 4, 2018.  We do not want to involve the Court in this discovery matter but will do so if we do not hear from you.

We look forward to hearing from you.

**Johnna Darby**
Counsel
**Fox Rothschild LLP**
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
(302) 442-7627 direct
(302) 656-8920 fax
jdarby@foxrothschild.com
www.foxrothschild.com

---

**From:** Darby, Johnna M.
**Sent:** Monday, August 27, 2018 3:22 PM
**To:** 'McGivney, Peter C' <pmcgivney@elzufon.com>
**Subject:** RE: [EXT] Citadel/Reuben: Discovery Responses

Peter:

I appreciate that you have to confer with your client about the interrogatory answers, but we served the interrogatories in June of this year and your client's responses were initially due on July 16.  You asked for and we agreed to another extension to August 23.  Now you indicate that you will be "in touch soon."  This is not acceptable to the Liquidation Trustee.  Please provide a date certain when you will serve your client's interrogatory answers.  In a similar vein, while you may have produced your client's file to us previously (which we do not concede), your client must still serve written responses to the requests that we served on you in June 2018.  To that end, please also provide us a date on which you will serve your written responses to the requests for production.

1

**Johnna Darby**
Counsel
**Fox Rothschild LLP**
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
(302) 442-7627 direct
(302) 656-8920 fax
jdarby@foxrothschild.com
www.foxrothschild.com

---

**From:** McGivney, Peter C <pmcgivney@elzufon.com>
**Sent:** Monday, August 27, 2018 3:07 PM
**To:** Darby, Johnna M. <jdarby@foxrothschild.com>
**Subject:** RE: [EXT] Citadel/Reuben: Discovery Responses

I need to confer with my client about the interrogatory answers.

As for the document production, I believe we have already produced Mr. Reuben's file for you.

I will be in touch soon.



**Peter McGivney, Esquire**
300 Delaware Avenue, Suite 1700
PO Box 1630
Wilmington, DE  19899-1630
Direct Dial:    302-504-3210
Main Phone:     302-428-3181
Fax:            302-428-3180
Email:          pmcgivney@elzufon.com
Web:            www.elzufon.com

*Please be advised that this transmittal may contain confidential attorney-client communications or otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail or telephone (call us collect at 302-428-3181) and delete this message, as well as any attachments or hard copies thereof. Thank you in advance for your cooperation and assistance.*

---

**From:** Darby, Johnna M. <jdarby@foxrothschild.com>
**Sent:** Monday, August 27, 2018 3:05 PM
**To:** McGivney, Peter C <pmcgivney@elzufon.com>
**Subject:** RE: [EXT] Citadel/Reuben: Discovery Responses


Peter:  we have not received your responses to our discovery requests.  Please let me know when we might expect them.  Thanks.

2

**Johnna Darby**
Counsel
**Fox Rothschild LLP**
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
(302) 442-7627 direct
(302) 656-8920 fax
jdarby@foxrothschild.com
www.foxrothschild.com

**From:** Darby, Johnna M.
**Sent:** Monday, July 30, 2018 4:12 PM
**To:** 'McGivney, Peter C' <pmcgivney@elzufon.com>; 'Darby, Johnna M.' <jdarby@foxrothschild.com>
**Subject:** RE: [EXT] Citadel/Reuben: Discovery Responses

Peter:  30 days from the date of your email below is fine.  Your responses will now be due on August 23.

**Johnna Darby**
Counsel
**Fox Rothschild LLP**
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
(302) 442-7627 direct
(302) 656-8920 fax
jdarby@foxrothschild.com
www.foxrothschild.com

**From:** McGivney, Peter C <pmcgivney@elzufon.com>
**Sent:** Tuesday, July 24, 2018 11:07 AM
**To:** Darby, Johnna M. <jdarby@foxrothschild.com>
**Subject:** [EXT] RE: Citadel/Reuben: Discovery Responses

Johnna:

I have been swamped with another case for most of July and have not had time to review your requests with my client.  Would you be ok to give me another 30 days to respond to the discovery requests?

Peter



**Peter McGivney, Esquire**
300 Delaware Avenue, Suite 1700
PO Box 1630
Wilmington, DE  19899-1630
`Direct Dial:`    302-504-3210
`Main Phone:`    302-428-3181
`Fax:`            302-428-3180
`Email:`          pmcgivney@elzufon.com
`Web:`            www.elzufon.com

*Please be advised that this transmittal may contain confidential attorney-client communications or otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail or telephone (call us collect at 302-428-3181) and delete this message, as well as any attachments or hard copies thereof. Thank you in advance for your cooperation and assistance.*

**From:** Darby, Johnna M. <jdarby@foxrothschild.com>
**Sent:** Monday, July 23, 2018 7:24 PM
**To:** McGivney, Peter C <pmcgivney@elzufon.com>
**Subject:** RE: Citadel/Reuben: Discovery Responses


Hi, Peter.  Touching base on my email below.  Please respond as soon as possible.

**Johnna Darby**
Counsel
**Fox Rothschild LLP**
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
(302) 442-7627 direct
(302) 656-8920 fax
jdarby@foxrothschild.com
www.foxrothschild.com

**From:** Darby, Johnna M.
**Sent:** Friday, July 20, 2018 6:23 PM
**To:** 'McGivney, Peter C' <pmcgivney@elzufon.com>
**Subject:** Citadel/Reuben: Discovery Responses

Hi, Peter.  Hope this email finds you well.  By my count, your client's discovery responses and document production were due on Monday, July 16, 2018.  We have not received them.  Can you tell me when we might expect them?

Have a great weekend.

4

**Johnna Darby**
Counsel
**Fox Rothschild LLP**
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
(302) 442-7627 direct
(302) 656-8920 fax
jdarby@foxrothschild.com
www.foxrothschild.com


This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.